UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-208-GWU

WILLIAM HOWARD,                                                                   PLAINTIFF,

VS.                                             **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                              DEFENDANT.

* * * * * * * * * * * *

      In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

      IT IS HEREBY ORDERED that:

      (1)    the Defendant's motion for summary judgment is GRANTED;

      (2)    the Plaintiff's motion for summary judgment is DENIED; and

      (3)    the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

      This the 24th day of July, 2008.



Signed By:

**G. Wix Unthank**

**United States Senior Judge**